UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RED APPLE MEDIA, INC.<br><br>                     Plaintiff,<br><br>  -against-<br><br>JOHN BATCHELOR, ET AL.,<br><br>                    Defendants. | 23-CV-10253 (JSR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference in this case was scheduled for Monday, April 29, 2024. As per my Order on March 25, 2024, ex-parte settlement letters were due yesterday by 5 P.M. The parties have not complied. I am sua sponte extending the April 17, 2024 deadline nunc pro tunc until **9 AM** on **April 19, 2024**.

DATED:  April 18, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge