UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RED APPLE MEDIA, INC.<br><br>                  Plaintiff,<br><br>-against-<br><br>JOHN BATCHELOR, ET AL.,<br><br>                  Defendants. | 23-CV-10253 (JSR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The parties were required by April 17, 2024 to make ex parte submissions in advance of the settlement conference scheduled for April 24, 2024. Despite several reminders by voicemail and email messages, Defendant Nicholas G. Malone has failed to make the required submission. Defendant Nicholas G. Malone is directed to make the required ex parte submission by 5 PM, April 23, 2024 on pain of sanctions.

DATED:  April 22, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge