UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RED APPLE MEDIA, INC.,<br><br>            Plaintiff,<br><br>    -v-<br><br>JOHN BATCHELOR, UNION RIVER PRESS, INC., AUDIOBOOM LIMITED, THE WEISS AGENCY, INC., and NICHOLAS G. MALONE,<br><br>            Defendants. | 23-cv-10253 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

A settlement conference was held on April 24, 2024, before Magistrate Judge Robyn F. Tarnofsky during which the parties reached an agreement to resolve all outstanding claims in this matter. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

New York, NY
April 24, 2024

_____
JED S. RAKOFF, U.S.D.J.

1